# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN M. CARTER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:08CV217** |
| vs. | ) | |
| | ) | **ORDER** |
| **JAMES THIELE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of Tina Ray for leave to withdraw as counsel for the plaintiffs. The plaintiffs will continue to be represented by other counsel, and the court finds that the motion should be granted.

**IT IS ORDERED** that the motion to withdraw (Filing 34) is granted. The court will terminate future electronic notices to Ms. Ray in this case.

**DATED June 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**