IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, and all other persons Similarly situated, and KRISTINA M. CARTER, and all other persons Similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV217 |
| v. | ) ) | |
| JAMES THIELE, individually, and in their Official capacities as Omaha Planning Department Officials, CHRIS WAYNE, individually, and in their Official capacities as Omaha Planning Department Officials, MATTHEW JACKMAN, EHRHART, GRIFFIN & ASSOCIATES, HARRISON WOOD, BRIGHTON CONSTRUCTION, Co., FERNANDO PAGES, OMAHA, CITY OF, and DOES 1-15, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| Defendants. | ) ) ) | |

This matter comes before the court on the Plaintiffs' Motion of Dismissal Without Prejudice (Filing No 37). The court, being fully advised in the premises, finds that the motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly,

IT IS ORDERED:

1.   The Plaintiffs' Motion of Dismissal Without Prejudice (Filing No. 37) is granted;

2.   The Complaint (Filing No. 1) is hereby dismissed without prejudice; and

3.   The parties will pay their own attorney fees and costs.

DATED this 19th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge